# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

140946 & (74)

J. EDWARD KLOIAN,
        Plaintiff-Appellee,
        Cross-Appellant,

v

THOMAS VAN FOSSEN, Personal
Representative of the Estate of William
VanFossen,
        Defendant, Third-Party
        Plaintiff-Appellee,
and

VICTOR T. WEBER,
        Third-Party Defendant-Appellant,
        Cross-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140946
COA: 287812
Washtenaw CC: 84-028688-CK

      On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk